UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-187M |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| TRACY DAMON LEE, | ) | |
| Defendant | ) | |

Offense charged:

    Felon in Possession of a Firearm as an Armed Career Criminal

Date of Detention Hearing:    Initial Appearance - 04/21/06

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant is charged by Complaint with being an armed career criminal in

01 possession of a firearm, having been previously convicted of the crimes of robbery in the first
02 degree, two counts of armed bank robbery and possession of a firearm in connection with a crime
03 of violence.  He is currently on supervised release with the U.S. Probation Office and is facing
04 revocation charges.

05     (2)    Defendant was not interviewed by Pretrial Services.   He does not contest detention.

06     (3)    Defendant poses a risk of nonappearance due to his history of eluding law
07 enforcement officers, pending state charges, poor performance while on U.S. Probation
08 supervision, history of substance abuse and an active warrant.  He poses a risk of danger due to
09 substance abuse, criminal history including armed bank robbery and the nature of the current
10 charges.

11     (4)    There does not appear to be any condition or combination of conditions that will
12 reasonably assure the defendant's appearance at future Court hearings while addressing the danger
13 to other persons or the community.

14 It is therefore ORDERED:

15     (1)    Defendant shall be detained pending trial and committed to the custody of the
16     Attorney General for confinement in a correction facility separate, to the extent
17     practicable, from persons awaiting or serving sentences or being held in custody
18     pending appeal;

19     (2)    Defendant shall be afforded reasonable opportunity for private consultation with
20     counsel;

21     (3)    On order of a court of the United States or on request of an attorney for the
22     Government, the person in charge of the corrections facility in which defendant is

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2

01        confined shall deliver the defendant to a United States Marshal for the purpose of

02        an appearance in connection with a court proceeding; and

03    (4)    The clerk shall direct copies of this Order to counsel for the United States, to

04        counsel for the defendant, to the United States Marshal, and to the United States

05        Pretrial Services Officer.

06    DATED this 24th day of April, 2006.

07

08                             /s/ Mary Alice Theiler
                                Mary Alice Theiler
                                United States Magistrate Judge
09

DETENTION ORDER                                                        15.13
18 U.S.C. § 3142(i)                                                Rev. 1/91
PAGE 3